**IT IS ORDERED as set forth below:**

Date: September 16, 2009

_____
Margaret H. Murphy
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | : CASE NO 05-67458-MHM |
| | : |
| DIANA BANKS JONES | : CHAPTER 7 |
|     Debtor | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - |
| U.S. BANK, N.A., ITS SUCCESSORS | : |
| AND/OR ASSIGNS, | : |
|     Movant, | : |
| | : |
| | : CONTESTED MATTER |
| vs. | : |
| | : |
| DIANA BANKS JONES | : |
| MARTHA A. MILLER, Trustee | : |
|     Respondents. | : |
| | : |

**ORDER MODIFYING AUTOMATIC STAY**

U.S. BANK, N.A., its Successors and/or Assigns, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay (the "Motion") on July 30, 2009 (Doc. No. 66), which was set for hearing on **September 15, 2009** (the "Hearing"). Movant seeks relief as to Debtor`s real property located in Clayton County,

Georgia, now or formerly known as 3187 Nogales Place, Rex, GA 30273 (the "Property"), as more particularly described on Exhibit "A" attached to the Motion. Movant asserts that the Motion was properly served and hearing properly noticed. Neither Debtor nor the Trustee oppose the relief sought; accordingly, it is hereby

**ORDERED** that the Motion is *granted*: the automatic stay of 11 U.S.C. § 362 is **MODIFIED** to allow Movant to foreclose the Property, and take possession thereof in pursuit of its state law remedies; provided, however, any proceeds remaining after foreclosure of the Property which exceed the lawful debt and the expenses of sale incurred by Movant (if allowed by law and the Note) shall be promptly remitted to the Chapter 7 Trustee. Movant may, at its option, offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement, or other loss mitigation agreement.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/Lisa F. Caplan
Lisa F. Caplan
Attorney for Movant
Georgia State Bar No. 001304
Rubin Lublin Suarez Serrano, LLC
3740 Davinci Court
Suite 100
Norcross, GA 30092
(888) 890-5309
lcaplan@rubinlublin.com

DISTRIBUTION LIST

Diana Banks Jones
3187 Nogales Place
Rex, GA 30273

Kenneth Mitchell, Esq.
Giddens, Davidson & Mitchell, P.C.
5000 Snapfinger Woods Drive, Suite 300-B
Decatur, GA 30034

Martha A. Miller, Trustee
Martha A. Miller, P.C.
229 Peachtree Street, NE, Suite 2415
Atlanta, GA 30303

United States Trustee - Atlanta
Office of the US Trustee
75 Spring Street, SW, Suite 362
Atlanta, GA 30303


Lisa F. Caplan, Esq.
Rubin Lublin Suarez Serrano, LLC
3740 Davinci Court
Suite 100
Norcross, GA 30092